JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:		541-593-4452
Email:		jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLORIA MILLER, | ) | Case No.  2:16-CV-01063-CKD |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S MOTION** |
| | ) | **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 45 Days to December 5, 2016, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to workload issues.  Plaintiff's counsel has two briefs due on the same day as this one, in addition to a full workload in the following month.

Miller v. Colvin		Stipulation and Proposed Order	E.D. Cal. 2:16-cv-01063-CKD

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: October 17, 2016          JACQUELINE A. FORSLUND
                                Attorney at Law


                                */s/Jacqueline A. Forslund*
                                JACQUELINE A. FORSLUND

                                Attorney for Plaintiff


Date:  October 17, 2016         PHILIP A. TALBERT
                                Acting United States Attorney
                                DEBORAH STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                                */s/Chantal R. Jenkins*
                                CHANTAL R. JENKINS
                                Special Assistant United States Attorney
                                *By email authorization

                                Attorney for Defendant


                                      ORDER

APPROVED AND SO ORDERED

Dated:  October 19, 2016
                                _____
                                CAROLYN K. DELANEY
                                UNITED STATES MAGISTRATE JUDGE


**Miller v. Colvin**          **Stipulation and Proposed Order**     **E.D. Cal. 2:16-cv-01063-CKD**