JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:               541-593-4452
Email:           jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA MILLER, ) | Case No.  2:16-CV-01063-CKD |
| ) | |
| Plaintiff ) | **STIPULATION AND** ~~**PROPOSED**~~ |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v. ) | **TO FILE PLAINTIFF'S MOTION** |
| ) | **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, ) | |
| Acting Comm'r of Social Security, ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to January 4, 2017, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension.  It is requested due to Plaintiff's counsel having a high volume of briefs due, including a Ninth Circuit brief.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: December 3, 2016     JACQUELINE A. FORSLUND
                           Attorney at Law

                           */s/Jacqueline A. Forslund*
                           JACQUELINE A. FORSLUND

                           Attorney for Plaintiff

Date:  December 5, 2016    PHILIP A. TALBERT
                           United States Attorney
                           DEBORAH STACHEL
                           Regional Chief Counsel, Region IX
                           Social Security Administration

                           */s/Chantal R. Jenkins*
                           CHANTAL R. JENKINS
                           Special Assistant United States Attorney
                           *By email authorization

                           Attorney for Defendant

                                ORDER

APPROVED AND SO ORDERED

Dated:  December 6, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**Miller v. Colvin**          **Stipulation and Proposed Order**     **E.D. Cal. 2:16-cv-01063-CKD**